No. 5588.—PUEBLO, apldo., v. ARCHILLA, acusado y aplte.—C. D. San Juan. ▭ Noviembre 6, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

PoR CUANTO, en 19 de febrero de 1934 Manual Archilla Colón fué declarado culpable de un delito de abuso de confianza y condenado a la pena de treinta dólares de multa o en su defecto un día de cárcel por cada dólar que dejara de satisfacer;

PoR CUANTO, en la misma fecha apeló el acusado de la sentencia y la corte, previa solicitud, ordenó la preparación de la transcripción de evidencia, y en 21 de marzo de 1934 el acusado solicitó y obtuvo de la corte una prórroga de treinta días, habiéndosele eximido del pago de los derechos que determina la ley para la tramitación de la apelación interpuesta;

PoR CUANTO, según la certificación que obra en autos, expedida por el Secretario de la Corte de Distrito de San Juan en 21 de mayo

de 1934, no se ha presentado nueva moción de prórroga ni radicado en la corte inferior la transcripción de evidencia ni ningún otro escrito que formalice la apelación;

Por cuanto, si bien es cierto que en 8 de septiembre de 1934 se radicó en este tribunal la transcripción de evidencia, el acusado no ha expuesto ninguna razón para explicar por qué dejó de presentar ante la corte inferior una moción de prórroga, permitiendo que venciera la que le fué concedida por dicho tribunal, sin que se haya solicitado de esta corte la concesión de un nuevo término;

Por cuanto, en 9 de julio de 1934 el Fiscal solicitó la desestimación de esta apelación por encontrarse en completo abandono y por no haberse cumplido con las disposiciones del artículo 356 del Código de Enjuiciamiento Criminal, enmendado en 18 de abril de 1925;

Por tanto, se desestima el recurso interpuesto por el referido acusado.